**FILED**
APR 22 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 22 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DOLATAO SOLDANA ZAMBRANO,<br><br>　　　Petitioner,<br><br>　　　v.<br><br>K. PROSPER, Warden,<br><br>　　　Respondent. | Case No. EDCV 06-00696-PSG (MLG)<br><br>JUDGMENT |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and Granting the Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that a conditional writ of habeas corpus be GRANTED. It is further Ordered and Adjudged that Petitioner be brought to retrial within sixty (60) days of the date of this judgment or alternatively be discharged from the adverse consequences of the conviction and judgment in this case.

Dated: _____April 22, 2011_____

_____
Philip S. Guitierrez
United States District Judge